R. Bradford Huss, SBN 71303
bhuss@truckerhuss.com
Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendants
DLA Piper US LLP Profit Sharing
and 401(k) Savings Plan Committee,
Carol Buss, Lawrence A. Robins
and Bank of Oklahoma, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FALCONE,<br><br>        Plaintiff,<br><br>vs.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE; CAROL BUSS; LAWRENCE A. ROBINS; BANK OF OKLAHOMA, N.A.; and DOES 1-100,<br><br>        Defendant. | Case No. C09-05555 EMC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Defendant DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, CAROL BUSS, LAWRENCE A. ROBINS and BANK OF OKLAHOMA, N.A. ("Defendants") and Plaintiff RICHARD FALCONE ("Plaintiff") hereby stipulate, by and through their respective counsel, to extend the time by which all Defendants must file a responsive pleading to Plaintiff's Complaint. Pursuant to this stipulation, Defendants shall file a responsive pleading on or before February 12, 2010.

//

//

This extension will not alter any dates or deadlines set by Court order.

DATED: January 28, 2010

TRUCKER ✦ HUSS

By: /s/R. Bradford Huss
R. Bradford Huss
Attorneys for Defendant
DLA Piper US LLP Profit Sharing and 401(k) Savings Plan Committee, Carol Buss, Lawrence A. Robins and Bank Of Oklahoma, N.A.

DATED: January 28, 2010

/s/Nina Wasow
Nina Wasow
Attorney for Plaintiff
Richard Falcone

I attest that my firm has obtained Ms. Wasow's concurrence in the filing of this document.

Dated: January 28, 2010

/s/R. Bradford Huss
R. Bradford Huss

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA