R. Bradford Huss, SBN 71303
bhuss@truckerhuss.com
Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:     (415) 788-3111
Facsimile:     (415) 421-2017

Attorneys for Defendants
 DLA Piper US LLP Profit Sharing
and 401(k) Savings Plan Committee,
Carol Buss, Lawrence A. Robins
and Bank of Oklahoma, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FALCONE,<br><br>Plaintiff,<br><br>vs.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE; CAROL BUSS; LAWRENCE A. ROBINS; BANK OF OKLAHOMA, N.A.; and DOES 1-100,<br><br>Defendant. | Case No. C09-05555 EMC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT** |

Defendant DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN

COMMITTEE, CAROL BUSS, LAWRENCE A. ROBINS and BANK OF OKLAHOMA, N.A.

("Defendants") and Plaintiff RICHARD FALCONE ("Plaintiff") hereby stipulate, by and through

their respective counsel, to extend the time by which all Defendants must file a responsive pleading

to Plaintiff's Complaint.  Pursuant to this stipulation, Defendants shall file a responsive pleading on

or before February 12, 2010.

//

//

_Trucker ✦ Huss_
_A Professional Corporation_
_120 Montgomery Street, 23rd Floor_
_San Francisco, California  94104_

1    This extension will not alter any dates or deadlines set by Court order.

2   DATED:  January 28, 2010

3                                        TRUCKER ✦ HUSS

4                                   By:  /s/R. Bradford Huss
                                         R. Bradford Huss
5                                        Attorneys for Defendant
                                         DLA Piper US LLP Profit Sharing and 401(k)
6                                        Savings Plan Committee, Carol Buss, Lawrence
                                         A. Robins and Bank Of Oklahoma, N.A.
7

8   DATED: January 28, 2010

9
                                         /s/Nina Wasow
10                                       Nina Wasow
                                         Attorney for Plaintiff
11                                       Richard Falcone

12

13  I attest that my firm has obtained Ms. Wasow's concurrence in the filing of this document.

14  Dated: January 28, 2010

15                                       /s/R. Bradford Huss
                                         R. Bradford Huss
16

17

18  IT IS SO ORDERED:

19

20  _____
    Edward M. Chen
21  U.S. Magistrate Judge

22

23

24

25

26

27

28

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104