R. Bradford Huss, SBN 71303
Clarissa A. Kang, SBN 210660
Michelle L. Schuller, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   bhuss@truckerhuss.com
   ckang@truckerhuss.com
   mschuller@truckerhuss.com

Attorneys for DLA Piper LLP (US) Profit Sharing
and 401(k) Savings Plan Committee,
Carol Buss, Lawrence A. Robins
and Bank of Oklahoma, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FALCONE,<br><br>             Plaintiff,<br><br>      vs.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE; CAROL BUSS; LAWRENCE A. ROBINS; BANK OF OKLAHOMA, N.A.; and DOES 1-100,<br><br>             Defendants. | Case No. C09-05555 RS /RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR TO JULY 22, 2010** |

   Plaintiff RICHARD FALCONE ("Plaintiff") and Defendants DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, CAROL BUSS, LAWRENCE A. ROBINS and BANK OF OKLAHOMA, N.A. ("Defendants") hereby stipulate, by and through their respective counsel, to continue to July 22, 2010, the deadline to complete mediation through the Court's ADR program as set by the Court's April 8, 2010 Case Management Scheduling Order (Docket #26).

   1.   Plaintiff and Defendants earlier agreed to participate in mediation pursuant to the Court's rules regarding alternative dispute resolution.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR TO JULY 22, 2010, 2010; Case No. C09-05555 RS
#1087022

1

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

2. Pursuant to the April 8, 2010 Case Management Scheduling Order, the Court referred the parties to mediation, which was to be completed within 90 days from the date of the Case Management Scheduling Order. The current deadline for holding the mediation in this case is July 7, 2010.

3. On April 19, 2010, the Court notified the parties and counsel that Katherine Ritchey was assigned to conduct the mediation to be held in this case. The case was later reassigned to mediator James P. Baker on May 13, 2010.

4. Pursuant to ADR Local Rule 6-4(a), counsel for Plaintiff, counsel for Defendant, and the mediator participated in a premediation conference call on June 4, 2010 to discuss the case and the scheduling of the mediation. Counsel for both parties and the mediator agreed that mediation should take place after the court ruled on Defendants' Motion to Dismiss, which at the time of the premediation call was pending before the Court. The parties and mediator discussed their respective schedules for possible mediation dates after July 7, 2010. Counsel for both parties had scheduling conflicts in late June and early July. Counsel for both parties and the mediator tentatively reserved July 21 and July 22 as possible mediation dates, subject to confirmation of the parties' availability.

5. Counsel for the parties have now determined that July 22, 2010 is a mutually convenient deadline for all counsel and parties to hold mediation in this matter. Holding a mediation on that date would also provide all parties with sufficient time to prepare and submit a mediation statement in advance of the mediation.

6. The parties therefore hereby stipulate that, subject to Court approval of this Stipulation and final confirmation of the date with the mediator, a mediation of this action shall be conducted on or before July 22, 2010.

DATED: June 10, 2010     **LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**

By: /s/Margaret Hasselman
Margaret Hasselman
*Attorneys for Plaintiff*
Richard Falcone

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR TO JULY 22, 2010, 2010; Case No. C09-05555 RS
#1087022

2

DATED: June 10, 2010

**TRUCKER ✦ HUSS**

By: /s/Clarissa Kang
Clarissa A. Kang
*Attorneys for Defendants*
DLA Piper LLP (US) Profit Sharing and 401(k) Savings Plan Committee, Carol Buss, Lawrence A. Robins and Bank of Oklahoma, N.A.

I attest that my firm has obtained Ms. Hasselman's concurrence in the filing of this document.

DATED: June 10, 2010

/s/Clarissa A. Kang
Clarissa A. Kang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED 6-10-10

RICHARD SEEBORG
United States District Judge

IT IS SO ORDERED
Judge Richard Seeborg

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE ADR TO JULY 22, 2010, 2010; Case No. C09-05555 RS
#1087022

3

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104