UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICHARD FALCONE,<br>       Plaintiff, | No. C 09-05555 RS |
|    v. | **ORDER GRANTING REQUEST FOR DEFENDANTS CAROL BUSS AND LAWRENCE ROBINS TO ATTEND THE MEDIATION TELEPHONICALLY** |
| DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, et al.,<br>       Defendants.<br>_____/ | Date:      July 22, 2010<br>Mediator:   James Baker |

IT IS HEREBY ORDERED that the request for defendants Carol Buss and Lawrence Robins to be excused from personally attending the July 22, 2010 mediation session before James Baker is GRANTED. Ms. Buss and Mr. Robins shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 14, 2010           By:         *Elizabeth D. Laporte*

Dated                                     Elizabeth D. Laporte<br>                                    United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**