R. Bradford Huss, SBN 71303
Clarissa A. Kang, SBN 210660
Michelle L. Schuller, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:   (415) 788-3111
Facsimile:   (415) 421-2017
E-mail:   bhuss@truckerhuss.com
   ckang@truckerhuss.com
   mschuller@truckerhuss.com

Attorneys for DLA Piper LLP (US) Profit Sharing
and 401(k) Savings Plan Committee,
Carol Buss, Lawrence A. Robins
and Bank of Oklahoma, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FALCONE,<br><br>            Plaintiff,<br><br>   vs.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE; CAROL BUSS; LAWRENCE A. ROBINS; BANK OF OKLAHOMA, N.A.; and DOES 1-100,<br><br>            Defendants. | Case No. C09-05555 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br> AS MODIFIED BY THE COURT |

   Plaintiff RICHARD FALCONE ("Plaintiff") and Defendants DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, CAROL BUSS, LAWRENCE A. ROBINS and BANK OF OKLAHOMA, N.A. ("Defendants") hereby stipulate, by and through their respective counsel, to continue the case management deadlines set by the Court's April 8, 2010 Case Management Scheduling Order  (Docket #26) by approximately sixty days.

   The parties agree and respectfully request that the deadline for the following case management events set by the Case Management Scheduling Order be rescheduled as follows:

| Event | Deadline Set by Case Management Scheduling Order | [Proposed] Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | 11/30/10 | 1/28/11 |
| Expert Witnesses – Plaintiff's disclosure of expert testimony and reports (Fed. R. Civ. P. 26(a)(2)) | 1/18/11 | 3/18/11 |
| Expert Witnesses – Defendants' disclosure of expert testimony and reports (Fed. R. Civ. P. 26(a)(2)) | 2/1/11 | 4/1/11 |
| Expert Witnesses - expert witness discovery completion | 2/15/11 | 4/15/11 |
| Pretrial Motions – deadline to hear | 3/21/11 | ~~5/20/11~~ 5/19/2011 |
| Joint Pretrial Statement Due | 6/16/11 | ~~8/15/11~~ 8/18/2011 |
| Pretrial Conference | 6/30/11 | ~~8/29/11~~ 9/1/2011 at 10:00 a.m. |
| Trial Date | 7/11/11 | ~~9/9/11~~ 9/12/2011 at 9:00 a.m. |

The parties respectfully make this request because the parties believe that an approximately 60-day extension is mutually convenient for all counsel and parties. Extending the above case management deadlines for this period will provide all parties with sufficient time to propound additional discovery requests, respond to all discovery requests, and take depositions.

Trucker ♦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

The parties have made four previous modifications to the case through (1) the Stipulation re Extension of Time to Respond to the Complaint (Docket #3); (2) the March 15, 2010 Stipulation re Extension of Time for Defendants to Respond to the Amended Complaint (Docket # 19); (3) the March 24, 2010 Stipulation re Extension of Time for Defendants to Respond to the Amended Complaint (Docket # 22); and (4) the Stipulation to Continue Deadline to Complete ADR to July 22, 2010 (Docket #39).

As noted in the chart above, the parties' current request for a continuance of case management deadlines will alter deadlines set by the Court's April 8, 2010 Case Management Scheduling Order.

DATED: November 8, 2010           LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/ Nina Wasow
Nina Wasow
*Attorneys for Plaintiff*
Richard Falcone

DATED: November 8, 2010           TRUCKER ✦ HUSS

By: /s/ Clarissa A. Kang
Clarissa A. Kang
*Attorneys for Defendants*
DLA Piper LLP (US) Profit Sharing and 401(k) Savings Plan Committee, Carol Buss, Lawrence A. Robins and Bank of Oklahoma, N.A.

I attest that my firm has obtained Ms. Wasow's concurrence in the filing of this document.

DATED: November 8, 2010

By: /s/ Clarissa A. Kang
Clarissa A. Kang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED __11/10/10__                    _____
RICHARD SEEBORG
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT DEADLINES; Case No. C09-05555 RS
#1117752

3