UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD FALCONE

    Plaintiff(s),

v.

DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE

    Defendant(s).
_____/

No. 09-05555 RS (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated July 22, 2011, Defendants Bank of Oklahoma, Lawrence A. Robins and Carol Buss requested to be excused from personally appearing at the settlement conference scheduled for August 5, 2011. Plaintiff does not object to this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants Bank of Oklahoma, Lawrence A. Robins, and Carol Buss be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 5, 2011.

If the Court concludes that the absence of these Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Defendants.

SO ORDERED.

Dated: July 27, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge