*E-Filed 8/5/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD FALCONE,<br><br>             Plaintiffs,<br>    v.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, et al.,<br><br>             Defendants.<br>_____/ | No. C 09-05555 RS<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 1, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 8, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 8/5/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE