R. Bradford Huss, SBN 71303
Clarissa A. Kang, SBN 210660
Michelle L. Schuller, SBN 255787
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:     (415) 788-3111
Facsimile:      (415) 421-2017
E-mail:          bhuss@truckerhuss.com
                     ckang@truckerhuss.com
                     mschuller@truckerhuss.com

Attorneys for DLA Piper LLP (US) Profit Sharing
and 401(k) Savings Plan Committee,
Carol Buss, Lawrence A. Robins
and Bank of Oklahoma, N.A.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FALCONE,<br><br>            Plaintiff,<br><br>vs.<br><br>DLA PIPER US LLP PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE; CAROL BUSS; LAWRENCE A. ROBINS; BANK OF OKLAHOMA, N.A.; AND DOES 1-100,<br><br>            Defendants. | Case No. C09-05555 RS (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff RICHARD FALCONE, and Defendants DLA PIPER LLP (US) PROFIT SHARING AND 401(K) SAVINGS PLAN COMMITTEE, BANK OF OKLAHOMA, CAROL BUSS, and LAWRENCE A. ROBINS stipulate and agree, by and through their respective counsel, that the above-referenced action is hereby dismissed, with prejudice. Except as may be agreed by the parties, each party shall bear her or its own attorney's fees and costs.

DATED: September 1, 2011

        LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

        By: /s/Nina Wasow
        Nina Wasow
        Attorneys for Plaintiff
        Richard Falcone

DATED: September 1, 2011

        TRUCKER ✦ HUSS

        By: /s/Clarissa A. Kang
        Clarissa A. Kang
        Attorneys for Defendants
        DLA Piper LLP (US) Profit Sharing and 401(k)
        Savings Plan Committee, Carol Buss, Lawrence
        A. Robins and Bank of Oklahoma, N.A.

I attest that I have obtained Ms. Wasow's concurrence in the filing of this document.

DATED: September 1, 2011

        /s/Clarissa A. Kang
        Clarissa A. Kang

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __9/2_____, 2011

        _[signature]_
        Honorable Richard Seeborg
        United States District Judge

STIPULATION AND [P~~ROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE;
Case No. CV 09-05555 RS (EDL)

2

#1195211

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104